

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:      Walter Lee Roberts v. The State of Texas

Appellate case number:   01-16-00059-CR

Trial court case number:  2013442

Trial court:                       County Criminal Court at Law No. 4 of Harris County

Appellant, Walter Lee Roberts, has filed a motion asking this Court to withdraw its mandate and stay the issuance of the mandate. Appellant cites rule 18.2 of the Texas Rules of Appellate Procedure for authority for the requested actions. TEX. R. APP. P. 18.2. Rule 18.2 allows this Court to stay the issuance of a mandate prior to its issuance. *Id.* Here, however, the mandate has already issued. Rule 18.7 allows a Court to withdraw its mandate when it is necessary to vacate or modify a judgment. TEX. R. APP. P. 18.7. But Appellant has not urged, nor has this Court found, any authority to vacate or modify the judgment. We are authorized to withdraw our mandate after plenary power has expired only as the Rules of Appellate Procedure provide. TEX. R. APP. P. 19.3(b). Because we find no authority in the rules to provide Appellant with the relief he requests, we cannot grant the motion. *See id.* Accordingly, Appellant's motion is DENIED.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                                Acting individually

Date:  June 8, 2017